## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DEBBIE HUGHEY,

       Petitioner

    v.

WORKERS' COMPENSATION APPEAL
BOARD (ANDORRA WOODS
HEALTHCARE CENTER, AKA - LYRIC
HEALTH CARE, AKA - ENCORE
HEALTHCARE, AKA - REST HEAVEN,
ESIS NORTHEAST WC CLAIMS,
GALLAGHER BASSETT SERVICES,
INC., ACE AMERICAN INSURANCE
COMPANY AND PENNSYLVANIA
UNINSURED EMPLOYERS GUARANTY
FUND),

       Respondents

: No. 259 EAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

DEBBIE HUGHEY,

       Petitioner

    v.

WORKERS' COMPENSATION APPEAL
BOARD (ANDORRA WOODS
HEALTHCARE CENTER, AKA - LYRIC
HEALTH CARE, AKA - ENCORE
HEALTHCARE, AKA - REST HEAVEN,
ESIS NORTHEAST WC CLAIMS,
GALLAGHER BASSETT SERVICES,
INC., ACE AMERICAN INSURANCE
COMPANY AND PENNSYLVANIA
UNINSURED EMPLOYERS GUARANTY
FUND),

No. 260 EAL 2016


Petition for Allowance of Appeal from
the Order of the Commonwealth Court

Respondents

DEBBIE HUGHEY,

              Petitioner

      v.

WORKERS' COMPENSATION APPEAL
BOARD (ANDORRA WOODS
HEALTHCARE CENTER, AKA - LYRIC
HEALTH CARE, AKA - ENCORE
HEALTHCARE, AKA - REST HEAVEN,
ESIS NORTHEAST WC CLAIMS,
GALLAGHER BASSETT SERVICES,
INC., ACE AMERICAN INSURANCE
COMPANY AND PENNSYLVANIA
UNINSURED EMPLOYERS GUARANTY
FUND),

              Respondents

: No. 261 EAL 2016

: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

      **AND NOW**, this 24th day of October, 2016, the Petition for Allowance of Appeal, Application for Relief, Application to Expedite, and Application for Leave to File Post-Submission Communication are **DENIED**.